IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT HESSEE,<br><br>    Plaintiff,<br><br>v.<br><br>BLACK DIAMOND ADMINISTRATIVE COMPANY LLC and AUTOMOTIVE SERVICES CENTER, LLC,<br><br>    Defendants. | Case No. 3:22-CV-667-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Notice of Dismissal dated April 24, 2022 (Doc. 8), this entire action is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

DATED: April 25, 2022

MONICA A. STUMP,
Clerk of Court

By:  s/ *Deana Brinkley*
     Deputy Clerk

APPROVED: _____
**NANCY J. ROSENSTENGEL**
Chief U.S. District Judge